# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gross, Kevin | 2. Court or Organization<br><br>U.S. Bankruptcy Court, DE | 3. Date of Report<br><br>06/19/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

824 N. Market St, 6th Floor
Wilmington, DE 19801

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/19/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Union League of Philadelphia & Wharton University of Pennsylvania | 02/17/12 | Philadelphia, PA | Wharton restructuring & turnaround conference | meal |
| 2. | ABI/St John's University | 03/12/12 | New York, NY | Duberstein moot court competition | travel & meal |
| 3. | Turnaround Management Association | 04/03-04/04/12 | Atlanta, GA | Turnaround management Spring conference | travel & lodging |
| 4. | Widner University | 04/16/12 | Wilmington, DE | Program on corporate & business bankruptcy law | meal |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/19/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State of Israel 7th Dev Reg Savings Amended Bond 46513ENN8 | A | Interest | J | T | | | | | |
| 2. State of Israel 8th Infr & Absp Issue Bond 46513ECC4 | A | Interest | J | T | | | | | |
| 3. State of Israel 8th Infr & Absp Issue Bonc 4651387L3 | A | Interest | J | T | | | | | |
| 4. State of Israel 8th Infr & Absp Issue Bond 46513ELEO | A | Interest | J | T | | | | | |
| 5. Newberger Berman Brokerage Account #1 | | | | | | | | | |
| 6. -Dreyfus Treas Prime Cash Mgmt Inv Shs money market fund | | None | K | T | | | | | |
| 7. -Schlumberger Ltd common stock | A | Dividend | J | T | | | | | |
| 8. -Neuberger Berman Genesis FD Institutional Class mutual fund | B | Distribution | K | T | | | | | |
| 9. -Goldcorp Inc New common stock | A | Dividend | | | Sold | 04/26/12 | J | | |
| 10. -Sociedad Quimica Minera De Chile SA Apon ADR Ser B com stk | A | Dividend | J | T | | | | | |
| 11. -SPDR Gold Tr Gold Shs common stock | | None | J | T | | | | | |
| 12. -Range Resources Corp common stock | A | Dividend | J | T | | | | | |
| 13. -EMC Corp - Mass common stock | | None | J | T | | | | | |
| 14. -Philip Morris International Inc common stock | A | Dividend | | | Sold | 10/18/12 | J | C | |
| 15. -Potash Corp of Saskatchewan Inc CA Listed common stock | A | Dividend | J | T | Buy (add'l) | 01/12/12 | J | | |
| 16. | | | | | Sold (part) | 11/20/12 | J | | |
| 17. -Google Inc Cl A common stock | | None | J | T | Sold (part) | 08/27/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Cypress Semiconductor Corp common stock | | None | | | Buy (add'l) | 01/17/12 | J | | |
| 19. | | | | | Sold | 06/06/12 | J | | |
| 20. -Kubota Corporation ADR common stock | A | Dividend | J | T | | | | | |
| 21. -Cenovus Energy Inc common stock | A | Dividend | J | T | | | | | |
| 22. -Sanofi Aventis Spon ADR common stock | A | Dividend | J | T | Sold (part) | 08/16/12 | J | A | |
| 23. -Valmont Industries Inc common stock | A | Dividend | J | T | | | | | |
| 24. -Crescent Point Energy Corp common stock | A | Dividend | J | T | | | | | |
| 25. -Occidental Pete Corp common stock | A | Dividend | K | T | | | | | |
| 26. -Treasury Wine Estates common stock | A | Dividend | J | T | Sold (part) | 08/30/12 | J | A | |
| 27. -Alpha Natural Resources Inc common stock | | None | | | Buy (add'l) | 02/03/12 | J | | |
| 28. | | | | | Sold | 04/10/12 | J | | |
| 29. -FMC Technologies Inc common stock | | None | | | Sold | 05/10/12 | J | | |
| 30. -Boeing Co common stock | A | Dividend | J | T | | | | | |
| 31. -Honeywell Intl Inc common stock | A | Dividend | J | T | Buy (add'l) | 10/02/12 | J | | |
| 32. -United Parcel Svc Inc common stock | A | Dividend | | | Sold | 05/22/12 | J | A | |
| 33. -Linear Technology Corp common stock | A | Dividend | J | T | Buy (add'l) | 01/17/12 | J | | |
| 34. -Neuberger Berman Eq FDS GBL Thematic Opp FD Instl mutual fd | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Unilever N V New York Shs New ADR | A | Dividend | J | T | Buy | 04/26/12 | J | | |
| 36. -Weyerhaeuser Co common stock | A | Distribution | J | T | Buy | 06/04/12 | J | | |
| 37. | | | | | Sold (part) | 09/04/12 | J | A | |
| 38. -Intel Corp common stock | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 39. -Novartis AG American Depository Shrs | | None | J | T | Buy | 07/24/12 | J | | |
| 40. -Freeport McMoran Copper & Gold Inc common stock | A | Dividend | | | Buy | 08/09/12 | J | | |
| 41. | | | | | Sold | 12/05/12 | J | | |
| 42. -Southwestern Energy Co common stock | | None | J | T | Buy | 08/10/12 | J | | |
| 43. M&T Bank checking account | A | Interest | K | T | | | | | |
| 44. IRA #1 | | | | | | | | | |
| 45. -Guardian Fund Investor Class mutual fund | A | Interest | K | T | | | | | |
| 46. IRA #2 | | | | | | | | | |
| 47. -Guardian Fund Investor Class mutual fund | A | Interest | K | T | | | | | |
| 48. MetLife-whole life | | None | | | Redeemed | 01/17/12 | K | D | |
| 49. MetLife-whole life | | None | | | Redeemed | 01/17/12 | L | E | |
| 50. MetLife-whole life | B | Dividend | J | T | | | | | |
| 51. MetLife-whole life | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 1/3 interest in Trisis-oil & gas royalty interest & land in | | | | | | | | | |
| 53. Scurry, Tyler & Wood Counties, TX | E | Royalty | O | W | | | | | |
| 54. IRA Rollover Acct #1 | | | | | | | | | |
| 55. -Dreyfus Treas Prime Cash Mgmt Inv shs money mkt fd | | None | N | T | | | | | |
| 56. -Sociedad Quimica Minera de Chile SA Spon ADR Ser B common | A | Dividend | K | T | | | | | |
| 57. -Neuberger Berman Genesis FD Investor Class mutual fund | A | Dividend | K | T | Buy (add'l) | 12/28/12 | K | | |
| 58. | A | Distribution | | | | | | | |
| 59. -Philip Morris International common stock | B | Dividend | K | T | Sold (part) | 04/19/12 | K | D | |
| 60. | | | | | Sold (part) | 10/18/12 | K | D | |
| 61. -Ishares TR NASDAQ Biotechnology Index Fd common stock | A | Dividend | L | T | | | | | |
| 62. -EMC Corp-Mass common stock | | None | K | T | Sold (part) | 04/19/12 | K | D | |
| 63. -SPDR Gold Tr Gold Shs common stock | | None | L | T | | | | | |
| 64. -Schlumberger Ltd common stock | A | Dividend | K | T | | | | | |
| 65. -Southwestern Energy Co common stock | | None | K | T | | | | | |
| 66. -Range Resources Corp common stock | A | Dividend | L | T | | | | | |
| 67. -Potash Corp of Saskatchewan Inc CA Listed common stock | A | Dividend | K | T | Buy (add'l) | 01/12/12 | J | | |
| 68. | | | | | Sold (part) | 11/20/12 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Google Inc common stock | | None | L | T | Sold (part) | 08/27/12 | K | D | |
| 70. -Unilever N V New York Shs New ADR common stock | B | Dividend | L | T | | | | | |
| 71. -Ishares Inc MSCI Japan Index Fd | | None | | | Sold | 01/31/12 | K | | |
| 72. -United Parcel Svc Inc Cl B common stock | A | Dividend | | | Sold (part) | 04/26/12 | K | D | |
| 73. | | | | | Sold | 05/23/12 | K | D | |
| 74. -Cypress Semiconductor Corp common stock | A | Distribution | | | Buy (add'l) | 01/13/12 | J | | |
| 75. | | | | | Sold | 06/07/12 | K | C | |
| 76. -Kubota Corporation common stock | B | Dividend | L | T | | | | | |
| 77. -Goldcorp Inc common stock | A | Dividend | | | Sold | 04/26/12 | K | | |
| 78. -Cenovus Energy Inc common stock | B | Dividend | L | T | | | | | |
| 79. -Alpha Natural Resources Inc common stock | | None | | | Sold | 04/10/12 | K | | |
| 80. -Sanofi Aventis Spon ADR common stock | C | Dividend | K | T | Sold (part) | 08/08/12 | K | C | |
| 81. | | | | | Sold (part) | 08/22/12 | K | C | |
| 82. -Valmont Industries Inc common stock | A | Dividend | K | T | Sold (part) | 05/23/12 | J | C | |
| 83. -Crescent Point Energy Corp common stock | B | Dividend | K | T | | | | | |
| 84. -FMC Technologies Inc common stock | | None | | | Sold | 05/10/12 | L | C | |
| 85. -Linear Technology Corp common stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Centurylink Inc common stock | C | Dividend | K | T | | | | | |
| 87. -Silver Wheaton Corp common stock | | None | | | Sold | 05/08/12 | K | | |
| 88. -Microchip Technology Inc common stock | B | Distribution | K | T | | | | | |
| 89. -Neuberger Berman Eq FDS GBL Thematic Opp Fd Inst mutual fun | A | Dividend | K | T | Buy (add'l) | 12/28/12 | J | | |
| 90. | | | | | Buy (add'l) | 12/28/12 | K | | |
| 91. -Treasury Wine Estates US listed common stock | B | Dividend | K | T | Sold (part) | 08/31/12 | K | D | |
| 92. -Honeywell Intl Inc common stock | B | Dividend | L | T | Buy (add'l) | 02/06/12 | J | | |
| 93. -Boeing Co common stock | B | Dividend | L | T | | | | | |
| 94. -Novartis AG American depository shares | B | Dividend | K | T | | | | | |
| 95. -Roche Holding LTD Spon ADR REPSTG ORD | | None | K | T | Buy | 03/09/12 | K | | |
| 96. -Occidental Pete Corp common stock | A | Dividend | K | T | Buy | 05/02/12 | K | | |
| 97. -Weyerhaeuser Co common stock | A | Distribution | K | T | Buy | 06/04/12 | K | | |
| 98. | | | | | Sold (part) | 09/04/12 | J | C | |
| 99. -Intel Corp common stock | A | Dividend | K | T | Buy | 06/07/12 | K | | |
| 100. -Freeport McMoran Copper & Gold Inc common stock | A | Dividend | | | Buy | 08/09/12 | K | | |
| 101. | | | | | Sold | 12/05/12 | K | | |
| 102. -Newmont Mining Corp Holding Co common stock | A | Dividend | K | | Buy | 08/09/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/19/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Cisco Systems Inc common stock | A | Dividend | K | T | Buy | 08/16/12 | K | | |
| 104. -Deere & Co common stock | | None | K | T | Buy | 10/01/12 | K | | |
| 105. IRA #3-Wells Fargo Bank N.A. | A | Interest | J | T | | | | | |
| 106. IRA #4-Wells Fargo Bank N.A. | A | Interest | J | T | | | | | |
| 107. Morgan Stanley Smith Barney brokerage account #1 | | | | | | | | | |
| 108. -Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 109. -Centurytel Inc bond | B | Interest | | | Sold | 08/28/12 | K | A | |
| 110. -Lincoln Natl Corp bond | B | Interest | | | Sold | 09/27/12 | K | B | |
| 111. -Bank America Corp bond | A | Interest | | | Sold | 06/14/12 | K | B | |
| 112. -Citizens Util Co bond | A | Interest | K | T | | | | | |
| 113. -Reinsurance Grp of America Co Bond | A | Interest | K | T | Buy | 06/14/12 | K | | |
| 114. -Hatteras Finl Corp preferred stock | A | Dividend | | | Buy | 09/04/12 | K | | |
| 115. | | | | | Sold | 12/31/12 | K | A | |
| 116. -XL Capital Ltd LTD Fixed Bond | A | Int./Div. | | | Buy | 09/27/12 | K | | |
| 117. | | | | | Sold | 12/31/12 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/19/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin Gross**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544